IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re JON C. BOBIER,

No. C 12-05142 YGR (PR)

**ORDER OF TRANSFER**

_____/

This action was opened on October 3, 2012, when the Court received from Inmate Jon C. Bobier a letter to the Honorable Thelton E. Henderson that concerned prison conditions.

On the same date, the Clerk of the Court notified Plaintiff in writing that his action was deficient in that he had not submitted an *in forma pauperis* application. The Court further notified him that this action would be dismissed he if did not submit a completed *in forma pauperis* application within thirty days.

On November 8, 2012, Plaintiff submitted a completed *in forma pauperis* application.

Further review of Plaintiff's case reveals that he has initiated his civil action in the wrong judicial district. Plaintiff's letter states that he is currently incarcerated at Avenal State Prison ("ASP") in Avenal, California. He alleges that the medical staff at ASP have been deliberately indifferent to his medical needs by placing him in "dorm living" instead of "single cell placement." (Oct. 3, 2012 Letter at 1.)

ASP is located in the Eastern District of California, and it appears that Defendants reside in that district. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk shall transfer the case forthwith.

If he wishes to further pursue this action, Plaintiff must complete the complaint form and *in forma pauperis* application required by the United States District Court for the Eastern District of California and mail them to that district.

<div style="margin-left: 2em;">

1     All remaining motions are TERMINATED on this Court's docket as no longer pending in this district.

    The Clerk shall also direct an electronic version of Plaintiff's letter and this Order to Judge Henderson.

    IT IS SO ORDERED.

DATED: May 31, 2013

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

</div>

**United States District Court**
For the Northern District of California

G:\PRO-SE\YGR\CR.12\Bobier0142.transfer.wpd