UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON C. BOBIER,<br><br>             Plaintiff,<br><br>       v.<br><br>UNKNOWN,<br><br>             Defendant. | CASE No. 1:13-cv-00845-MJS<br><br>ORDER STRIKING COMPLAINT AND REQUIRING PLAINTIFF TO FILE CAPTIONED AND SIGNED AMENDED COMPLAINT WITHIN THIRTY DAYS<br><br>(ECF No. 1) |

Plaintiff Jon C. Bobier, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 in the Northern District of California on October 3, 2012. (ECF No. 1.)  The Complaint alleges violations of Plaintiff's federal rights based on events at Avenal State Prison (ASP); therefore, on May 31, 2013, the case was transferred to the Eastern District of California where ASP is located. (ECF No. 5.)

Plaintiff's complaint is unsigned and does not contain a caption or any kind of heading that identifies the Defendants.  All filings must bear Plaintiff's original signature. Fed. R. Civ. P. 11(a); Local Rule 131.  A complaint must also contain a caption that identifies each defendant. Fed. R. Civ. P. 10(a).

Accordingly, the Complaint (ECF No. 1) is HEREBY STRICKEN from the record and Plaintiff shall, within **thirty (30) days** from the date of service of this order, file a

1

signed complaint with a caption listing the Defendants.  **The failure to comply with this order will result in dismissal of this action, without prejudice.**

The Clerk's Office shall send Plaintiff a complaint form with this order.

IT IS SO ORDERED.

Dated:   October 28, 2013             /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE