UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON C. BOBIER,<br><br>            Plaintiff,<br><br>   v.<br><br>UNKNOWN,<br><br>            Defendant. | CASE No. 1:13-cv-00845-AWI-MJS<br><br>ORDER DIRECTING CLERK OF THE COURT TO CLOSE THIS CASE PURSUANT TO PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL<br><br>(ECF No. 20) |

On February 21, 2014, Plaintiff Jon C. Bobier filed a motion seeking dismissal of this action without prejudice. At this stage in the proceedings, Plaintiff has the absolute right to dismiss his claims without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). <u>Duke Energy Trading and Marketing, L.L.C. v. Davis</u>, 267 F.3d 1042, 1049 (9th Cir. 2001). The filing of the notice itself has the effect of closing the action, and the Court no longer has jurisdiction over the claims. <u>Id.</u>

Accordingly, the Clerk of the Court is HEREBY DIRECTED to close this file pursuant to Plaintiff's motion seeking voluntary dismissal filed on February 21, 2014.

IT IS SO ORDERED.

Dated:   March 4, 2014                           /s/ *Michael J. Seng*
                                                          UNITED STATES MAGISTRATE JUDGE

1